# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK WILLIAMS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 23-2348** |
| | : | |
| **P/O PATRICK DOOLEY** | : | |

## ORDER

This 8th day of October, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 23) is **GRANTED** and this case is **DISMISSED**. The Clerk of Court is requested to mark this case **CLOSED.**

 /s/ Gerald Austin McHugh
United States District Judge